**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eurlayne MIGUEL, Defendant–Appellant.**

**No. 10–14318**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 31, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, John Gonsoulin, Daren Grove, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Gail M. Stage, Federal Public Defender's Office, Ft. Lauderdale, FL, Kathleen M. Williams, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant–Appellant.

Eurlayne Miguel, Tallahassee, FL, pro se.

Before TJOFLAT, CARNES and WILSON, Circuit Judges.

PER CURIAM:

Gail Stage, appointed counsel for Eurlayne Miguel in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Miguel's convictions and sentences are **AFFIRMED.**